IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RAY BURTON, JR.**
**ADC #154389**                                                                **PLAINTIFF**

**VS.**                         **4:19-CV-00866-BRW-JJV**

**HOWARD, Sergeant,**
**Saline County Detention Center,** *et al.*                            **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE due to a lack of prosecution. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of February, 2020.


                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE