IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RAY BURTON, JR.**
**ADC #154389**  **PLAINTIFF**

**VS.**  **4:19-CV-00866-BRW-JJV**

**HOWARD, Sergeant,**
**Saline County Detention Center,** *et al.*  **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 10th day of February, 2020.

Billy Roy Wilson_____<br>
UNITED STATES DISTRICT JUDGE